Manuel Garcia, Esq. (SBN 183535)
PEEL | GARCIA LLP
3585 W. Beechwood, Suite 101
Fresno, California 93711
Telephone:    (559) 431-1300
Facsimile:    (559) 431-1442

Attorneys for: Defendants, VALLARTA FOOD ENTERPRISES, INC., erroneously served and sued as VALLARTA PROPERTIES, LLC, a California Limited Liability Company; VALLARTA FOOD ENTERPRISES, INC., a California Corporation, dba VALLARTA SUPERMARKETS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES, <br><br> Plaintiff, <br><br> v. <br><br> VALLARTA PROPERTIES, LLC, a California limited liability company; VALLARTA FOOD ENTERPRISES, INC., a California corporation, dba VALLARTA SUPERMARKETS, <br><br> Defendants. | Case No. 1:13-CV-00440-AWI-SMS <br><br> **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT VALLARTA FOOD ENTERPRISES, INC. TO RESPOND TO COMPLAINT AND ORDER THEREON** |

WHEREAS, Plaintiff John Morales ("Plaintiff") and Defendant VALLARTA FOOD ENTERPRISES, INC., erroneously served and sued as VALLARTA PROPERTIES, LLC, a California Limited Liability Company; VALLARTA FOOD ENTERPRISES, INC., a California Corporation, dba VALLARTA SUPERMARKETS ("Defendant") have agreed that Defendant will have a CASp inspection performed in the next 10 days, after which the parties will try to negotiate a resolution without any further Court intervention.  In order to provide the parties with sufficient time to reach a resolution, the parties agree and request that the court extend the time for Defendant to file an Answer to the Complaint.

/ / /

WHEREAS, this request for extension is the first request made by the parties.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Defendant, through its counsel of record, and Plaintiff, through his counsel of record, that pursuant to Federal Rules of Civil Procedure 6(b), Defendant may have up to, and including, June 1, 2013, to file a responsive pleading.

IT IS SO STIPULATED.

Dated:  April 18, 2013				PEEL | GARCIA LLP

						By:	 /s/ Manuel Garcia_____
							Manuel Garcia, Attorney for,
							Defendants, VALLARTA FOOD ENTERPRISES,
							INC., erroneously served and sued as VALLARTA
							PROPERTIES, LLC, a California Limited Liability
							Company; VALLARTA FOOD ENTERPRISES,
							INC., a California Corporation, dba VALLARTA
							SUPERMARKETS

Dated:  April 18, 2013				MOORE LAW FIRM, P.C.

						By:	 /s/ Tanya E. Moore_____
							Tanya E. Moore, Attorney for,
							Plaintiff, NATIVIDAD GUTIERREZ

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## **ORDER**

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that the Stipulation for Extension of Time for Defendant VALLARTA FOOD ENTERPRISES, INC., erroneously served and sued as VALLARTA PROPERTIES, LLC, a California Limited Liability Company; VALLARTA FOOD ENTERPRISES, INC., a California Corporation, dba VALLARTA SUPERMARKETS ("Defendant") to Respond to Complaint be granted.  Defendant may have up to, and including, June 1, 2013, to file a responsive pleading.

IT IS SO ORDERED.

Dated:  **April 21, 2013**             **/s/ Sandra M. Snyder**
                                         UNITED STATES MAGISTRATE JUDGE