Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
John Morales

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES,<br><br>              Plaintiff,<br><br>       vs.<br><br>VALLARTA PROPERTIES, LLC, et al.,<br><br>              Defendants. | Case No.  1:13-00440-AWI-SMS<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff JOHN MORALES and Defendants VALLARTA FOOD ENTERPRISES, INC., erroneously served and sued as VALLARTA PROPERTIES, LLC, a California limited liability company, and VALLARTA FOOD ENTERPRISES, INC., a California corporation, dba VALLARTA SUPERMARKETS, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: June 26, 2013                                            MOORE LAW FIRM, P.C.


                                                                                  */s/ Tanya E. Moore*
                                                                                  Tanya E. Moore
                                                                                  Attorneys for Plaintiff,
                                                                                  JOHN MORALES

*Morales v. Vallarta Properties, LLC, et al.*
Stipulation for Dismissal of Action; [Proposed] Order
Page 1

Date: June 25, 2013                              PEEL | GARCIA LLP

                                                    */s/ Manuel Garcia*
                                                  Manuel Garcia, Esq.
                                                Attorneys for Defendants,
VALLARTA FOOD ENTERPRISES, INC., erroneously served and sued as VALLARTA PROPERTIES, LLC, a California limited liability company; VALLARTA FOOD ENTERPRISES, INC., a California corporation, dba VALLARTA SUPERMARKETS

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:  June 26, 2013                              _____
                                                    SENIOR  DISTRICT  JUDGE

*Morales v. Vallarta Properties, LLC, et al.*
Stipulation for Dismissal of Action; [Proposed] Order
Page 2